UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

WILLIAM LEE GRANT II
    PLAINTIFF

21-CV-1765 (ABJ)

versus

DONALD HENRY RUMSFELD
    DEFENDANT

NOTICE OF DEATH

The Clerk of this Court will please be advised that DONALD HENRY RUMSFELD, defendant in this action, died on June 29, 2021.

s/WILLIAM LEE GRANT II

William Lee Grant II
901 Wythe Road
Springfield, Illinois 62702
(217)726-5269

## CERTIFICATE OF SERVICE

I, William Lee Grant II, certify I sent a true and correct copy of Notice of Death to the following on August 27, 2021 using electronic mail:

Sian Jones
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

SIAN.JONES@USDOJ.GOV

s/WILLIAM LEE GRANT II

William Lee Grant II
901 Wythe Road
Springfield, Illinois 62702
(217)726-5269